JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NOREN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NATIONAL ENTERPRISE ) <br> SYSTEMS, INC.; SALLIE MAE, ) <br> INC.; DOES 1 to 25, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | CASE NO. EDCV12-01619 RGK (DTBx) <br><br> **[PROPOSED] ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff WILLIAM NOREN and Defendants NATIONAL ENTERPRISE SYSTEMS, INC. and SALLIE MAE, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant
2  to FRCP 41(a)(1).

**IT IS SO ORDERED**

DATED: July 12, 2013

_____
UNITED STATES DISTRICT JUDGE